■ In the Matter of STEVEN GLAUBERMAN, Also Known as STEVEN LEE GLAUBERMAN (Admitted as STEVEN L. GLAUBERMAN), a Disbarred Attorney. [698 NYS2d 849] —Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Ellerin, P. J., Sullivan, Nardelli, Williams and Andrias, JJ.

■ In the Matter of STEVEN R. WECHSLER (Admitted as STEVEN ROBERT WECHSLER), a Disbarred Attorney. [698 NYS2d 849] —Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Sullivan, J. P., Nardelli, Tom, Mazzarelli and Wallach, JJ.